# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| REVOLAZE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-01821-PAG |
| THE GAP, INC., | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Dated: October 2, 2015                                             Respectfully submitted,

*/s/ Marcia Henninger Sundeen* (with permission)     */s/ Tal C. Chaiken*_____
Marcia Henninger Sundeen                                          Tal C. Chaiken
Goodwin Proctor - Washington                                    Schiff Hardin LLP
901 New York Avenue, NW                                         233 S. Wacker Dr.
Washington, DC 20001                                                 Chicago, IL  60606
msundeen@goodwinprocter.com                                 *tchaiken@schiffhardin.com*
202-346-4179

*Attorney for Defendant The Gap, Inc.*                        *Attorney for Plaintiff RevoLaze LLC*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 2, 2015, a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ *Tal C. Chaiken*_____
                                                  Tal C. Chaiken

                                                  *Attorney for Plaintiff RevoLaze, LLC*